## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**Case No.  8:25-cv-01580-SDM-TGW**

**AFRA FERREIRA,**

　　　　Plaintiff,

v.

**TRANS UNION LLC,**

　　　　Defendant.

_____/

## JOINT NOTICE OF MEDIATION

Plaintiff Afra Ferreira and Defendant Trans Union LLC advise this Court that the Parties have agreed upon Shane Munoz to mediate this matter on December 5, 2025 at 1:00 PM (EST) *via* remote video conference (*e.g.*, Zoom).

DATED: September 15, 2025

Respectfully Submitted,

 /s/ Ivory Hadaway　　　　　　　　　　　 /s/ Victor Allaham
**IVORY HADAWAY, ESQ.**　　　　　**VICTOR ALLAHAM, ESQ.**
Florida Bar No. 1043061　　　　　　　Florida Bar No. 1064459
E-mail:Ivory@pzlg.legal　　　　　　　E-mail: victor.allaham@bipc.com
**THOMAS PATTI, ESQ.**　　　　　　BUCHANAN INGERSOLL & ROONEY
Florida Bar No. 118377　　　　　　　　PC
E-mail: Tom@pzlg.legal　　　　　　　640 5th Avenue, 9th Floor
PATTI ZABALETA LAW GROUP　　New York, NY 10019
110 SE 6th Street, 17th Floor　　　　　Phone:  212-440-4425
Fort Lauderdale, Florida 33301
Phone: 954-955-8298　　　　　　　　　*COUNSEL FOR DEFENDANT*

*COUNSEL FOR PLAINTIFF*

Page **1** of **1**